UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS JOHN HEYDEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MINERAL COUNTY SHERIFF'S OFFICE, et al.,<br><br>　　　　　Defendants. | Case No.: 3:24-cv-00585-ART-CSD<br><br>**ORDER** |

　　　　Plaintiff Thomas Heyden has submitted a civil-rights complaint under 42 U.S.C. § 1983 and applied to proceed *in forma pauperis* ("IFP"). (ECF Nos. 1-1, 1). The IFP application is deficient because it is not on this Court's approved form and failed to include a financial certificate and inmate trust fund account statement for the previous six-month period. (*See* ECF No. 1). Additionally, the Court's mail to Plaintiff has been returned as undeliverable, indicating that he's not at the address listed with the Court. (ECF No. 3).

　　　　Plaintiff is advised that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." Nev. LR IA 3-1. And Plaintiff must pay the required filing fee or file a complete application to proceed *in forma pauperis* to continue with this action. The fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed in Forma Pauperis for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate

and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1), (2); Nev. LSR 1-2.

It is therefore ordered that Plaintiff has **until February 5, 2025**, to file his updated address with the Court.

It is further ordered that the incomplete application to proceed *in forma pauperis* (ECF No. 1) is denied without prejudice.

It is further ordered that Plaintiff has **until February 5, 2025**, to either pay the full $405 filing fee or file a new fully complete application to proceed *in forma pauperis*.

The Clerk of the Court is directed to send Plaintiff the approved form application to proceed *in forma pauperis* for an inmate with instructions and the approved form to proceed *in forma pauperis* for non-inmates with instructions.

DATED: January 6, 2025



_____
UNITED STATES MAGISTRATE JUDGE